In the Matter of PAVILION NATURAL GAS COMPANY, Appellant, against MILO R. MALTBIE et al., Individually and Constituting the ·Public Service Commission of the State of New York, et al., Respondents.

Argued December 6, 1945; decided January 18, 1946.

*Charles G. Blakeslee* for appellant.

*Philip Halpern, Laurence J. Olmsted* and *George H. Kenny* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.